UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| NORTH CAROLINA WILDLIFE FEDERATION and NO MID-CURRITUCK BRIDGE-CONCERNED CITIZENS and VISITORS OPPOSED TO THE MID-CURRITUCK BRIDGE<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, EDWARD T. PARKER, in his official capacity as Assistant Division Administrator, Federal Highway Administration, ERIC BOYETTE, in his official capacity as Secretary, North Carolina Department of Transportation<br><br>Defendants. | **JUDGMENT**<br>No. 2:19-CV-14-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motions for summary judgment and plaintiffs' motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 13, 2021, and for the reasons set forth more specifically therein, that defendants' motions for summary judgment are GRANTED. Plaintiffs' motion for summary judgment is DENIED.

**This Judgment Filed and Entered on December 13, 2021, and Copies To:**
Ramona H. McGeee /Nicholas S. Torrey / Kimberley Hunter (via CM/ECF Notice of Electronic Filing)
Kacy Lynn Hunt / Colin Justice / Scott T. Slusser (via CM/ECF Notice of Electronic Filing)
Neal Fowler / Elizabeth R. McGurk (via CM/ECF Notice of Electronic Filing)

December 13, 2021    PETER A. MOORE, JR., CLERK

                                          /s/ Sandra K. Collins
                                       (By) Sandra K. Collins, Deputy Clerk